IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MANSOUR MOHAMMAD, #Y15873, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:19-cv-01331-SMY |
| | ) |
| JACQUELINE LASHBROOK, et al., | ) |
| | ) |
| Defendants. | ) |

# NOTICE AND ORDER

This case is before the Court for case management. Defendant James Claycomb was sent a request for Waiver of Service of Summons, which was returned executed. (Doc. 36). His responsive pleading was due May 17, 2021. (*Id.*). To date, Claycomb has failed to move, answer, or otherwise plead in response to the Second Amended Complaint.

The Clerk of Court must enter default against a defendant who has failed to plead or otherwise defend. FED.R.CIV.P. 55(a). Accordingly, the Court **ORDERS** as follows:

1) The Clerk of Court is **DIRECTED** to **ENTER DEFAULT** against James Claycomb in accordance with Federal Rule of Civil Procedure 55(a).

2) The Clerk of Court is **DIRECTED** to transmit a copy of this Order and the entry of default to Plaintiff and James Claycomb.

**IT IS SO ORDERED.**

**DATED:** July 22, 2021

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**