IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MANSOUR MOHAMMAD #Y15873,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 19-CV-1331-SMY |
| | ) |
| **JACQUELINE LASHBROOK, et al,** | ) |
| | ) |
| **Defendants.** | ) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Gilbert C. Sison (Doc. 82), recommending the denial of the motion for summary judgment for failure to exhaust administrative remedies filed by Defendants Jacqueline Lashbrook, Alex Jones, Frank Lawrence, James Claycomb, Samuel Sterrett, and Henry Wilson (Doc. 66). No objections have been filed to the Report. For the following reasons, the Report and Recommendation is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Sison thoroughly discussed and supported his conclusions that Plaintiff exhausted his administrative remedies prior to filing this lawsuit. The Court finds no clear error in Judge Sison's findings, analysis and conclusions, and adopts his Report and Recommendation in its entirety.

Accordingly, Defendants' motion for summary judgment for failure to exhaust administrative remedies (Doc. 66) is **DENIED**.

**IT IS SO ORDERED.**

**DATED:  October 3, 2022**

**STACI M. YANDLE**
**United States District Judge**